UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| ED NUNLEY, KRISTI LAY HURST, and HOLLI LAY BRANSON, | )<br>)<br>) |
| *Plaintiffs / Counter-Defendants*, | )<br>) Case No. 4:11-cv-21 |
| v. | )<br>) Judge Mattice |
| PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD, | )<br>)<br>) |
| *Defendant / Counter-Claimant.* | )<br>) |

## ORDER

This matter comes before the Court upon Defendant/Counter-Claimant's Motion to Dismiss (Doc. 16) with prejudice its Counterclaim, on the grounds that Counter-Claimant does not intend to pursue its Counterclaim against Plaintiffs/Counter-Defendants. Counter-Defendants have not filed a responsive pleading to the Counterclaim.

Pursuant to Fed. R. Civ. P. 41(a) and (c), Counter-Claimant's Motion to Dismiss (Doc. 16) is hereby **GRANTED**. Counter-Claimant's Counterclaim is hereby **DISMISSED WITH PREJUDICE**.

Because the Court has previously disposed of all other issues presented in this action, the Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 29th day of May, 2012.

                                                  */s/Harry S. Mattice, Jr.*
                                                  HARRY S. MATTICE, JR.
                                                  UNITED STATES DISTRICT JUDGE